IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. _____ |
| | : | |
| v. | : | Violation: |
| | : | |
| | : | 26 U.S.C. § 7206(1) (Subscribing a |
| **WARREN GRAVES,** | : | False Return) |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE-SUBSCRIBING A FALSE RETURN

On or about April 14, 2010, in the District of Columbia, Warren Graves, a resident of Washington, D.C., did willfully make and subscribe an Internal Revenue Service 2009 Form 1040, U.S. Individual Income Tax Return ("2009 Form 1040"), which was verified by a written declaration that it was made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter. The 2009 Form 1040, which was prepared and signed in the District of Columbia and was filed with the Internal Revenue Service, stated that Defendant's taxable income was $140,556, whereas, he then and there knew his taxable income was $368,937.

**(Subscribing a False Return, in violation of Title 26, United States Code, Section 7206(1).)**

By:

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

/s/ JOHN MARSTON

JOHN MARSTON
D.C. Bar No. 493012
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5239
Washington, DC 20530
202-252-6886